Hearing Date:
Hearing Time:
Location: 219 S. Dearborn St., Courtroom 
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| POPA, ZENO D | § | Case No. 09-44014 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on       . The undersigned trustee was appointed on           .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-44014 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | POPA, ZENO D | | | Date Filed (f) or Converted (c): | 11/19/09 (f) |
| | | | | 341(a) Meeting Date: | 01/06/10 |
| For Period Ending: | 03/16/11 | | | Claims Bar Date: | 04/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate Location: 440 Harlem Ave., Glenview IL | 621,500.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate Location: 2447 W. Winona St., Chicago | 890,000.00 | 0.00 | | 0.00 | FA |
| 3. Real Estate Location: 61000 56th St., Lawrence, MI | 300,000.00 | 0.00 | | 0.00 | FA |
| 4. Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 5. Business Checking Account with Citibank | 3,419.00 | 0.00 | | 0.00 | FA |
| not estate property | | | | | |
| 6. Business Checking Account with Chase Bank | 10.00 | 0.00 | | 0.00 | FA |
| not estate property | | | | | |
| 7. Checking Account with Citibank | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Savings Account with Citibank | 27.00 | 0.00 | | 0.00 | FA |
| 9. Checking account at Chase/Wamu | 0.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Household Goods | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. Appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 13. Miscellaneous Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 14. Miscellaneous Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 15. Earrings and Watch | 2,500.00 | 0.00 | | 0.00 | FA |
| 16. Business: Uniglobe Services, Inc. (100% shareholde | 0.00 | 0.00 | | 0.00 | FA |
| Trustee investigated business and determined there was no value to estate | | | | | |
| 17. Various receivables owed to Uniglobe (not estate p | 125,000.00 | 0.00 | | 0.00 | FA |
| A/R owed to Uniglobe--no value to estate | | | | | |
| 18. 2003 BMW X5 60k miles | 15,130.00 | 4,600.00 | | 4,600.00 | FA |
| 19. 2008 Chevrolet Silverado 40k miles | 14,715.00 | 0.00 | | 0.00 | FA |
| 20. 3 Polaris All Terrain Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. (2) Polaris Sportsman ATVs | 8,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 09-44014 | PSH | Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | POPA, ZENO D | | | Date Filed (f) or Converted (c): | 11/19/09 (f) |
| | | | | 341(a) Meeting Date: | 01/06/10 |
| | | | | Claims Bar Date: | 04/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Miscellaneous Business Supplies | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. Money loaned Paul Marinescu<br>    not collectible | 175,000.00 | 0.00 | | 0.00 | FA |
| 24. Various mechanic's lien claims for Uniglobe Servic<br>    no value to estate | 88,500.00 | 0.00 | | 0.00 | FA |
| 25. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.38 | Unknown |
| TOTALS (Excluding Unknown Values) | $2,253,251.00 | $4,600.00 | | $4,601.38 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated estate's interest in a vehicle

Initial Projected Date of Final Report (TFR): 06/30/11    Current Projected Date of Final Report (TFR): 06/30/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-44014 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | POPA, ZENO D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0200 | | |
| For Period Ending: | 03/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/10 | 18 | Zeno Popa | SALE OF PERSONAL PROPERTY | 1129-000 | 4,600.00 | | 4,600.00 |
| | | Chase Bank - Cashier's Check | Debtor's purchase of estate's interest in BMW. | | | | |
| | | | Memo Amount:   0.00 | | | | |
| 02/26/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 4,600.07 |
| 03/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.19 |
| 04/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.30 |
| 05/28/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.42 |
| 06/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.53 |
| 07/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.64 |
| 08/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.76 |
| 09/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.87 |
| 10/29/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.98 |
| 11/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.10 |
| 12/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.22 |
| 01/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.34 |
| 02/28/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,601.38 |

| Account *******6260 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 4,600.00 | 0 | Checks | 0.00 |
| | 13 | Interest Postings | 1.38 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 4,601.38 | | | |
| | | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 4,601.38 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 09-44014 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | POPA, ZENO D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6260 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0200 | | |
| For Period Ending: | 03/16/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-44014 | | Page 1 | | Date: March 16, 2011 |
| Debtor Name: | POPA, ZENO D | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH A. BALDI, as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,150.35 | $1,150.35 |
| 001<br>3110-00 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $1,223.00 | $1,223.00 |
| 001<br>3120-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $29.48 | $29.48 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $6,118.00 | $6,473.06 | $6,473.06 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $4,102.00 | $4,778.79 | $4,778.79 |
| 000003<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $1,126.00 | $1,324.68 | $1,324.68 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $16,389.00 | $17,781.10 | $17,781.10 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $9,485.00 | $10,131.18 | $10,131.18 |
| 000006<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (6-1) CREDIT CARD DEBT | $11,966.00 | $11,966.19 | $11,966.19 |
| 000007<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $32,067.00 | $35,434.23 | $35,434.23 |
| 000008<br>070<br>7100-00 | GE Money Bank dba ABT TV/GEMB<br>Care of Recovery Management<br>Systems Corp<br>25 SE 2nd Ave Ste 1120 | Unsecured | | $0.00 | $3,084.11 | $3,084.11 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: 09-44014 | | Page 2 | | Date: March 16, 2011 |
|---|---|---|---|---|
| Debtor Name: POPA, ZENO D | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Miami FL 33131 | | | | | |
| 000009 070 7100-00 | GE Money Bank dba JEWELRY CUSTOM/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $0.00 | $8,355.26 | $8,355.26 |
| 000010 070 7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Unsecured | WITHDRAWN 7/7/10<br>(10-1) collateral=Unsecured due to value of property and liew position  9692<br>(10-1) submitted by=Therese Green | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | Protection One<br>c/o Creditors Bankruptcy Service<br>P.O.Box 740933<br>Dallas, TX 75374 | Unsecured | | $250.00 | $733.95 | $733.95 |
| 000012 070 7100-00 | Citibank South Dakota NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | | $19,635.00 | $21,338.40 | $21,338.40 |
| 000013 070 7100-00 | Citibank South Dakota NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | | $0.00 | $21,971.15 | $21,971.15 |
| 000014 070 7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $19,853.00 | $21,500.24 | $21,500.24 |
| 000015 070 7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $7,013.00 | $7,338.61 | $7,338.61 |
| 000016 070 7100-00 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $48,839.00 | $51,458.14 | $51,458.14 |
| | Case Totals: | | | $176,843.00 | $226,071.92 | $226,071.92 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-44014
Case Name: POPA, ZENO D
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ | $ | $ |
| Other: BALDI BERG & WALLACE, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |
| 000005 | Chase Bank USA, N.A. | $ | $ | $ |
| 000006 | American Express Bank, FSB | $ | $ | $ |
| 000007 | Chase Bank USA, N.A. | $ | $ | $ |
| 000008 | GE Money Bank dba ABT TV/GEMB | $ | $ | $ |
| 000009 | GE Money Bank dba JEWELRY CUSTOM/GEMB | $ | $ | $ |
| 000010 | PNC BANK | $ | $ | $ |
| 000011 | Protection One | $ | $ | $ |
| 000012 | Citibank South Dakota NA | $ | $ | $ |
| 000013 | Citibank South Dakota NA | $ | $ | $ |
| 000014 | Chase Bank USA, N.A. | $ | $ | $ |

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Fia Card Services, NA/Bank of America | $ | $ | $ |
| 000016 | Fia Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE