Hearing Date: May 3, 2011
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| POPA, ZENO D | § | Case No. 09-44014 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn, 7th Floor
        Chicago, Illinois 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

        10:30 a.m.
        on Tuesday, May 3, 2011
        in Courtroom 644, U.S. Courthouse
        219 S. Dearborn St., Chicago, IL

  If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner
                                                                        Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, IL 60603

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
POPA, ZENO D § Case No. 09-44014
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,601.38 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,601.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,150.35 | $ 0.00 | $ 1,150.35 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 29.48 | $ 0.00 | $ 29.48 |
| Other: BALDI BERG & WALLACE, LTD. | $ 1,223.00 | $ 0.00 | $ 1,223.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,402.83 |
| Remaining Balance | $ 2,198.55 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 223,669.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 6,473.06 | $ 0.00 | $ 63.63 |
| 000002 | DISCOVER BANK | $ 4,778.79 | $ 0.00 | $ 46.97 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 1,324.68 | $ 0.00 | $ 13.02 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 17,781.10 | $ 0.00 | $ 174.78 |
| 000005 | Chase Bank USA, N.A. | $ 10,131.18 | $ 0.00 | $ 99.58 |
| 000006 | American Express Bank, FSB | $ 11,966.19 | $ 0.00 | $ 117.62 |
| 000007 | Chase Bank USA, N.A. | $ 35,434.23 | $ 0.00 | $ 348.30 |
| 000008 | GE Money Bank dba ABT TV/GEMB | $ 3,084.11 | $ 0.00 | $ 30.32 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | GE Money Bank dba JEWELRY CUSTOM/GEMB | $ 8,355.26 | $ 0.00 | $ 82.13 |
| 000010 | PNC BANK | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | Protection One | $ 733.95 | $ 0.00 | $ 7.21 |
| 000012 | Citibank South Dakota NA | $ 21,338.40 | $ 0.00 | $ 209.75 |
| 000013 | Citibank South Dakota NA | $ 21,971.15 | $ 0.00 | $ 215.96 |
| 000014 | Chase Bank USA, N.A. | $ 21,500.24 | $ 0.00 | $ 211.34 |
| 000015 | Fia Card Services, NA/Bank of America | $ 7,338.61 | $ 0.00 | $ 72.13 |
| 000016 | Fia Card Services, NA/Bank of America | $ 51,458.14 | $ 0.00 | $ 505.81 |

Total to be paid to timely general unsecured creditors   $   2,198.55

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 09-44014-PSH
Zeno D Popa                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: choward              Page 1 of 2                Date Rcvd: Mar 31, 2011
                               Form ID: pdf006            Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2011.
```
db          +Zeno D Popa,    440 Harlem Ave.,    Glenview, IL 60025-5052
aty         +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
aty         +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis  P C,   8 S  Michigan Ave  27th Fl,
              Chicago, IL 60603-3357
aty         +Timothy H. Spruce,    Law Offices of Konstantine Sparagis,   8 S Michigan Street 2700,
              Chicago, IL 60603-3327
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
14748985    +ADT Security Services,    P.O. Box 371490,    Pittsburgh, PA 15250-7490
14748986    +American Express,   c/o Beckett and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
15091100     American Express Bank, FSB,    POB 3001,   Malvern, PA 19355-0701
14748988    +American Family Insurance Group,    Madison, WI 53777-0001
14748989    +Associate Area Counsel, SB/SE,    200 West Adams Street,    Ste. 2300,   Chicago, IL 60606-5231
14748991    +Bac/Fleet Bankcard,    P.O. Box 26012,    Greensboro, NC 27420-6012
14748992    +Bank of America,   Attn: Bankruptcy NC4-105-02-99,    P.O. Box 26012,   Greensboro, NC 27420-6012
14748995    +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
14748994    +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 100018,    Kennesaw, GA 30156-9204
15068504     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14748999    +Citi,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
14749002    +Citibank,    P.O. Box 6241,   Sioux Falls, SD 57117-6241
15364215     Citibank South Dakota NA,    Exception Payment Processing,    PO Box 6305,
              The Lakes, NV 88901-6305
14749003    +Citibank/The Home Depot,    Attn: Centralized Bankruptcy,    P.O. Box 20507,
              Kansas City, MO 64195-0507
14749004    +Countrywide,    P.O. Box 650225,   Dallas, TX 75265-0225
14749005    +Countrywide Home Lending,    Attn: Bankruptcy SV-314B,    P.O. Box 5170,
              Simi Valley, CA 93062-5170
14749006    +Credit Collection Services,    Two Wells Ave.,   Dept. AMFA,   Newton Center, MA 02459-3208
14749007    +D. Patrick Mullarkey, Tax Division,    PO Box 55,    Ben Franklin Station,
              Washington, DC 20044-0055
14749008    +DAL, Inc.,    P.O. Box 162,   Clifton Heights, PA 19018-0162
14749011    +Ferguson Enterprises, Inc.,    c/o Clark Hill PLC,    150 N Michigan, Ste. 2400,
              Chicago, IL 60601-3613
15199270    +GE Money Bank dba JEWELRY CUSTOM/GEMB,    Care of Recovery Management Systems Corp,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14749015    +GMAC,   2740 Arthur St.,    Saint Paul, MN 55113-1303
14749017    +HSBC - Menards,    Attn: Bankruptcy Dept.,    P.O. Box 5229,   Cincinnati, OH 45201-5229
14749018    +HSBC - Polaris,    P.O. Box 15521,    Wilmington, DE 19850-5521
14749016    +Hicks & Park, LLP,   824 Wilshire Blvd.,    Ste. 300,   Los Angeles, CA 90017-2626
14749021   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,
              230 S. Dearborn Street,    Chicago, IL 60604)
14749020   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,    PO Box 21126,   Philadelphia, PA 19114)
14749022    +Liberty Mutual Group,    c/o The Wilber Law Firm,    816 Eldorado Rd., Ste. 7,
              Bloomington, IL 61704-6035
14749023    +LiquiDebt Systems,    29W170 Butterfield Rd.,   Ste. 102,   Warrenville, IL 60555-2808
14749024    +McMahan & Sigunick, Ltd.,    412 S. Wells St.,    6th Fl.,   Chicago, IL 60607-3923
14749026    +NCO Financial,    507 Prudential Rd.,   Horsham, PA 19044-2368
14749025    +National City,    Attn: Bankruptcy Dept.,    6750 Miller Rd.,   Brecksville, OH 44141-3262
15217840    +PNC BANK,    PO BOX 94982,   CLEVELAND, OH 44101-4982
15048628    +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
15298382    +Protection One,    c/o Creditors Bankruptcy Service,    P.O.Box 740933,   Dallas, TX 75374-0933
14749028    +Protection One,    2505 S. Finley, #240,   Lombard, IL 60148-7049
14749029    +R.H. Donnelley Publishing,    c/o Jack H. Rottner, Esq.,    PO Box 10417,   Chicago, IL 60610-0417
14749030    +Sears - CBSD,    701 E. 60th St. N,   Sioux Falls, SD 57104-0432
14749031    +Uniglobe Serices,    4345 Dipaolo,   Glenview, IL 60025-5202
14749032    +Uniglobe Serivces,    4345 Dipaolo,   Glenview, IL 60025-5202
14749033    +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749042    +United States Attorney,    219 S. Dearborn Street,    Chicago, IL 60604-1708
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14748993    +E-mail/Text: jraichel@cms-collect.com Apr 01 2011 10:13:53     Capital Management Services,
              726 Exchange Street, Ste. 700,    Buffalo, NY 14210-1464
14989003     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 01 2011 10:33:16     DISCOVER BANK,
              DFS Services LLC,    PO Box 3025,   New Albany, Ohio  43054-3025
14749009     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 01 2011 10:33:16     Discover Financial,
              P.O. Box 15316,    Wilmington, DE 19850
```

```
District/off: 0752-1           User: choward              Page 2 of 2                  Date Rcvd: Mar 31, 2011
                               Form ID: pdf006            Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15419834        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2011 10:33:16
                 Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK   73124-8809
15199269       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 10:23:17      GE Money Bank dba ABT TV/GEMB,
                 Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14749012       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 10:23:17      GEMB - Jewelry Custom,
                 P.O. Box 981439,    El Paso, TX 79998-1439
14749014       +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2011 10:23:17      GEMB/Abt TV,   P.O. Box 981439,
                 El Paso, TX 79998-1439
14749019       +E-mail/Text: bankruptcy@ingdirect.com Apr 01 2011 10:13:52      ING Direct,   1 S. Orange St.,
                 Wilmington, DE 19801-5045
14749027        E-mail/Text: bankrup@nicor.com Apr 01 2011 10:13:51      Nicor Gas,   Attn: Bankruptcy Dept.,
                 1844 Ferry Rd.,   Aurora, IL 60507
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14748987*      +American Express,    c/o Beckett and Lee,    P.O. Box 3001,    Malvern, PA 19355-0701
14748998*      +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 100018,    Kennesaw, GA 30156-9204
14748996*      +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
14748997*      +Chase,   Attn: Bankruptcy Dept.,    P.O. Box 15298,    Wilmington, DE 19850-5298
14749000*      +Citi,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
14749001*      +Citi,   P.O. Box 6077,   Sioux Falls, SD 57117-6077
14749010*     ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
               (address filed with court:  Discover Financial,    P.O. Box 15316,   Wilmington, DE 19850)
14749013*      +GEMB - Jewelry Custom,    P.O. Box 981439,   El Paso, TX 79998-1439
14749036*      +Uniglobe Services,    4345 DiPaolo,   Glenview, IL 60025-5202
14749034*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749035*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749037*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749038*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749039*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749040*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14749041*      +Uniglobe Services,    4345 Dipaolo,   Glenview, IL 60025-5202
14748990      ##+AT&T,   P.O. Box 8105,   Aurora, IL 60507-8105
                                                                                              TOTALS: 0, * 16, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2011**              **Signature:**     *Joseph Speetjens*