# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                          §
                                                §
POPA, ZENO D                                    §        Case No. 09-44014
                                                §
                    Debtor(s)                   §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:               Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on        .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee _____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Attn: Bankruptcy Dept. P.O. Box 100018 Kennesaw, GA 30156 |  |  |  |  |  |
|  | Chase Attn: Bankruptcy Dept. P.O. Box 100018 Kennesaw, GA 30156 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending Attn: Bankruptcy SV-314B P.O. Box 5170 Simi Valley, CA 93062 | | | | | |
| | Countrywide P.O. Box 650225 Dallas, TX 75265 | | | | | |
| | GEMB - Jewelry Custom P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | GEMB - Jewelry Custom P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | GEMB/Abt TV P.O. Box 981439 El Paso, TX 79998 | | | | | |
| | GMAC 2740 Arthur St. Saint Paul, MN 55113 | | | | | |
| | HSBC - Polaris P.O. Box 15521 Wilmington, DE 19850 | | | | | |
| | ING Direct 1 S. Orange St. Wilmington, DE 19801 | | | | | |
| | National City Attn: Bankruptcy Dept. 6750 Miller Rd. Brecksville, OH 44141 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associate Area Counsel, SB/SE 200 West Adams Street Ste. 2300 Chicago, IL 60606 | | | | | |
| | D. Patrick Mullarkey, Tax Division PO Box 55 Ben Franklin Station Washington, DC 20044 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |
| | United States Attorney 219 S. Dearborn Street Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADT Security Services P.O. Box 371490 Pittsburgh, PA 15250 | | | | | |
| | AT&T P.O. Box 8105 Aurora, IL 60507 | | | | | |
| | American Express c/o Beckett and Lee P.O. Box 3001 Malvern, PA 19355 | | | | | |
| | American Family Insurance Group Madison, WI 53777 | | | | | |
| | Bac/Fleet Bankcard P.O. Box 26012 Greensboro, NC 27420 | | | | | |
| | Capital Management Services 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | | |
| | Citibank P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank/The Home Depot Attn: Centralized Bankruptcy P.O. Box 20507 Kansas City, MO 64195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Collection Services Two Wells Ave. Dept. AMFA Newton Center, MA 02459 | | | | | |
| | DAL, Inc. P.O. Box 162 Clifton Heights, PA 19018 | | | | | |
| | Ferguson Enterprises, Inc. c/o Clark Hill PLC 150 N Michigan, Ste. 2400 Chicago, IL 60601 | | | | | |
| | HSBC - Menards Attn: Bankruptcy Dept. P.O. Box 5229 Cincinnati, OH 45201 | | | | | |
| | Liberty Mutual Group c/o The Wilber Law Firm 816 Eldorado Rd., Ste. 7 Bloomington, IL 61702 | | | | | |
| | LiquiDebt Systems 29W170 Butterfield Rd. Ste. 102 Warrenville, IL 60555 | | | | | |
| | McMahan & Sigunick, Ltd. 412 S. Wells St. 6th Fl. Chicago, IL 60607 | | | | | |
| | NCO Financial 507 Prudential Rd. Horsham, PA 19044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attn: Bankruptcy Dept. 1844 Ferry Rd. Aurora, IL 60507 | | | | | |
| | R.H. Donnelley Publishing c/o Jack H. Rottner, Esq. PO Box 10417 Chicago, IL 60610 | | | | | |
| 000006 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000014 | CHASE BANK USA, N.A. | | | | | |
| 000012 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000013 | CITIBANK SOUTH DAKOTA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000015 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | GE MONEY BANK DBA ABT TV/GEMB | | | | | |
| 000009 | GE MONEY BANK DBA JEWELRY CUSTOM/GE | | | | | |
| 000010 | PNC BANK | | | | | |
| 000011 | PROTECTION ONE | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit 8**

| Case No: | 09-44014 | PSH | Judge: Pamela S. Hollis |
|---|---|---|---|
| Case Name: | POPA, ZENO D | | |

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 11/19/09 (f)
341(a) Meeting Date: 01/06/10
Claims Bar Date: 04/20/10

For Period Ending: 06/27/11

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Real Estate Location: 440 Harlem Ave., Glenview IL | 621,500.00 | 0.00 | | 0.00 | FA |
| 2. | Real Estate Location: 2447 W. Winona St., Chicago | 890,000.00 | 0.00 | | 0.00 | FA |
| 3. | Real Estate Location: 61000 56th St., Lawrence, MI | 300,000.00 | 0.00 | | 0.00 | FA |
| 4. | Cash on Hand | 50.00 | 0.00 | | 0.00 | FA |
| 5. | Business Checking Account with Citibank | 3,419.00 | 0.00 | | 0.00 | FA |
| | not estate property | | | | | |
| 6. | Business Checking Account with Chase Bank | 10.00 | 0.00 | | 0.00 | FA |
| | not estate property | | | | | |
| 7. | Checking Account with Citibank | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. | Savings Account with Citibank | 27.00 | 0.00 | | 0.00 | FA |
| 9. | Checking account at Chase/Wamu | 0.00 | 0.00 | | 0.00 | FA |
| 10. | Miscellaneous Household Goods | 3,500.00 | 0.00 | | 0.00 | FA |
| 11. | Appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 12. | Miscellaneous Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 13. | Miscellaneous Clothing | 600.00 | 0.00 | | 0.00 | FA |
| 14. | Miscellaneous Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 15. | Earrings and Watch | 2,500.00 | 0.00 | | 0.00 | FA |
| 16. | Business: Uniglobe Services, Inc. (100% sharehold | 0.00 | 0.00 | | 0.00 | FA |
| | Trustee investigated business and determined there was no value to estate | | | | | |
| 17. | Various receivables owed to Uniglobe (not estate p | 125,000.00 | 0.00 | | | FA |
| | A/R owed to Uniglobe--no value to estate | | | | | |
| 18. | 2003 BMW X5 60k miles | 15,130.00 | 4,600.00 | | 4,600.00 | FA |
| 19. | 2008 Chevrolet Silverado 40k miles | 14,715.00 | 0.00 | | 0.00 | FA |
| 20. | 3 Polaris All Terrain Vehicles | 1,500.00 | 0.00 | | 0.00 | FA |
| 21. | (2) Polaris Sportsman ATVs | 8,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 09-44014   PSH   Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | POPA, ZENO D | Date Filed (f) or Converted (c): | 11/19/09 (f) |
| | | 341(a) Meeting Date: | 01/06/10 |
| | | Claims Bar Date: | 04/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 22. Miscellaneous Business Supplies | 1,500.00 | 0.00 | | 0.00 | FA |
| 23. Money loaned Paul Marinescu<br>    not collectible | 175,000.00 | 0.00 | | 0.00 | FA |
| 24. Various mechanic's lien claims for Uniglobe Servic<br>    no value to estate | 88,500.00 | 0.00 | | 0.00 | FA |
| 25. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.47 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $2,253,251.00        $4,600.00        $4,601.47        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee liquidated estate's interest in a vehicle

Initial Projected Date of Final Report (TFR): 06/30/11        Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 09-44014  -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | POPA, ZENO D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0200 | | |
| For Period Ending: | 06/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/10 | 18 | Zeno Popa | SALE OF PERSONAL PROPERTY | 1129-000 | 4,600.00 | | 4,600.00 |
| | | Chase Bank - Cashier's Check | Debtor's purchase of estate's interest in BMW. | | | | |
| | | | Memo Amount:          0.00 | | | | |
| 02/26/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 4,600.07 |
| 03/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.19 |
| 04/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.30 |
| 05/28/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.42 |
| 06/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.53 |
| 07/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.64 |
| 08/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,600.76 |
| 09/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.87 |
| 10/29/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.11 | | 4,600.98 |
| 11/30/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.10 |
| 12/31/10 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.22 |
| 01/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 4,601.34 |
| 02/28/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,601.38 |
| 03/16/11 | | Transfer to Acct #*******6865 | Bank Funds Transfer | 9999-000 | | 6.40 | 4,594.98 |
| 03/31/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,595.02 |
| 04/29/11 | 25 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,595.06 |
| 05/04/11 | 25 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 4,595.07 |
| 05/04/11 | | Transfer to Acct #*******6865 | Final Posting Transfer | 9999-000 | | 4,595.07 | 0.00 |
| | | | for final distribution | | | | |

FORM 2   Page:   2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-44014  -PSH |
| Case Name: | POPA, ZENO D |
| Taxpayer ID No: | *******0200 |
| For Period Ending: | 06/27/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6260  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******6260 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 4,600.00 | 0 | Checks | 0.00 |
| 16 | Interest Postings | 1.47 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 4,601.47 |
| | Subtotal | $  4,601.47 | | | |
| | | | | Total | $  4,601.47 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $  4,601.47 | | | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 09-44014 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | POPA, ZENO D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6865  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0200 | | |
| For Period Ending: | 06/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/11 | | Transfer from Acct #*******6260 | Bank Funds Transfer | 9999-000 | 6.40 | | 6.40 |
| 03/16/11 | 001001 | International Sureties | Bond Premium | 2300-000 | | 6.40 | 0.00 |
| | | 701 Poydras Street  #420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/04/11 | | Transfer from Acct #*******6260 | Transfer In From MMA Account | 9999-000 | 4,595.07 | | 4,595.07 |
| | | | for final distribution | | | | |
| 05/04/11 | 001002 | JOSEPH A. BALDI , as Trustee | TRUSTEE COMPENSATION | 2100-000 | | 1,150.35 | 3,444.72 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 05/04/11 | 001003 | BALDI BERG & WALLACE, LTD. | Trustee Attorney Fees | 3110-000 | | 1,223.00 | 2,221.72 |
| | | 19 South LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 05/04/11 | 001004 | Baldi Berg & Wallace, Ltd. | Attorney for Trustee Expenses (Trus | 3120-000 | | 29.48 | 2,192.24 |
| | | 19 S. LaSalle St. | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 05/04/11 | 001005 | DISCOVER BANK | Claim 000001, Payment 0.98% | 7100-000 | | 63.44 | 2,128.80 |
| | | DFS Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio 43054-3025 | | | | | |
| 05/04/11 | 001006 | DISCOVER BANK | Claim 000002, Payment 0.98% | 7100-000 | | 46.84 | 2,081.96 |
| | | DFS Services LLC | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, Ohio 43054-3025 | | | | | |
| 05/04/11 | 001007 | PYOD LLC its successors and assigns as assignee of | Claim 000003, Payment 0.98% | 7100-000 | | 12.98 | 2,068.98 |
| | | Citibank | | | | | |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |

FORM 2                                                                                          Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                              Exhibit 9

| | |
|---|---|
| Case No: | 09-44014 -PSH |
| Case Name: | POPA, ZENO D |
| Taxpayer ID No: | *******0200 |
| For Period Ending: | 06/27/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6865  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/04/11 | 001008 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000004, Payment 0.98% | 7100-000 | | 174.28 | 1,894.70 |
| 05/04/11 | 001009 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000005, Payment 0.98% | 7100-000 | | 99.30 | 1,795.40 |
| 05/04/11 | 001010 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 0.98% | 7100-000 | | 117.28 | 1,678.12 |
| 05/04/11 | 001011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000007, Payment 0.98% | 7100-000 | | 347.30 | 1,330.82 |
| 05/04/11 | 001012 | GE Money Bank dba ABT TV/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000008, Payment 0.98% | 7100-000 | | 30.23 | 1,300.59 |
| 05/04/11 | 001013 | GE Money Bank dba JEWELRY CUSTOM/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000009, Payment 0.98% | 7100-000 | | 81.89 | 1,218.70 |
| 05/04/11 | 001014 | Protection One c/o Creditors Bankruptcy Service P.O.Box 740933 Dallas, TX 75374 | Claim 000011, Payment 0.98% | 7100-000 | | 7.19 | 1,211.51 |
| 05/04/11 | 001015 | Citibank South Dakota NA Exception Payment Processing PO Box 6305 The Lakes, NV 88901-6305 | Claim 000012, Payment 0.98% | 7100-000 | | 209.15 | 1,002.36 |

FORM 2                                                                                        Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                            Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-44014  -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | POPA, ZENO D | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6865  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0200 | | |
| For Period Ending: | 06/27/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 05/04/11 | 001016 | Citibank South Dakota NA<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes, NV 88901-6305 | Claim 000013, Payment 0.98% | 7100-000 | | 215.35 | 787.01 |
| 05/04/11 | 001017 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000014, Payment 0.98% | 7100-000 | | 210.73 | 576.28 |
| 05/04/11 | 001018 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000015, Payment 0.98% | 7100-000 | | 71.93 | 504.35 |
| 05/04/11 | 001019 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 0.98% | 7100-000 | | 504.35 | 0.00 |

| Account  *******6865 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 19 | Checks | 4,601.47 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $     0.00 | | | |
| | | | | | Total | $   4,601.47 |
| | 0 | Adjustments In | 0.00 | | | |
| | 2 | Transfers In | 4,601.47 | | | |
| | | Total | $   4,601.47 | | | |

Page:    6

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-44014  -PSH |
| Case Name: | POPA, ZENO D |
| Taxpayer ID No: | *******0200 |
| For Period Ending: | 06/27/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6865  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Report Totals | | Balance Forward | 0.00 | | Checks | 4,601.47 |
|---|---|---|---|---|---|---|---|
| | | 1 | Deposits | 4,600.00 | 19 | | |
| | | 16 | Interest Postings | 1.47 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 4,601.47 |
| | | | Subtotal | $ 4,601.47 | | | |
| | | | | | | Total | $ 9,202.94 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 2 | Transfers In | 4,601.47 | | | |
| | | | Total | $ 9,202.94 | | Net Total Balance | $ 0.00 |

Ver: 16.02b